**HYDE &
SWIGAR**
San Diego,
California

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| **RICHARD D. RIDING,**<br><br>                   PLAINTIFF,<br>v.<br><br>**CACH, LLC,**<br><br>                   DEFENDANTS. | Case No: 5:13-cv-01622-RSWL-SP<br><br>**ORDER**<br><br>**HON. RONALD S. W. LEW** |
|---|---|

   Based upon the Joint Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action to be, and hereby is, dismissed with prejudice.

   IT IS SO ORDERED.

Dated: 7/31/14            <u>RONALD S.W. LEW            </u>
                          HON. RONALD S. W. LEW
                          SENIOR U.S. DISTRICT JUDGE